IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT S. HARRIS,                               Case No. 07-1116-HO

       Plaintiff,                          JUDGMENT

   v.

Commissioner of Social Security,

       Defendant.

   The decision of the Commissioner is reversed.  This matter is remanded to the Appeals Council for remand to the administrative law judge.  The ALJ shall reconsider whether plaintiff can perform work other than past relevant work, and issue a new decision.

   DATED this __9th__ day of December, 2008.

                                     s/ Michael R. Hogan
                                United States District Judge