FILED '10 FEB 03 08:04 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**ROBERT S. HARRIS**
    Plaintiff,

CV 07-1116

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

Pursuant to the Order of the Court, attorney fees in the amount of **$15,229.93** are hereby awarded to plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, expenses in the amount of $10.92, and costs in the amount of $20.86, pursuant to 28 U.S.C. 1920, shall be awarded.

Dated: ~~July~~ Feb. 2, 20~~09~~10

Hon. Michael R. Hogan
United States District Judge

PRESENTED BY:

s/ Linda S. Ziskin
LINDA S. ZISKIN
OSB #011067
(503) 889-0472
Of Attorneys for Plaintiff